AO 442 (Rev. 11/11) Arrest Warrant                                                    *FID # 11777608*

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Texas

United States of America
v.                                                )
Wilson Jose MEJIAS-Mejias                          )      Case No.   1:25-po-533
A249 153 992 Venezuela                             )
                                                   )
                                                   )
                                                   )
                                                   )
_____
*Defendant*

## ARREST WARRANT                      COPY

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Wilson Jose MEJIAS-Mejias _____ ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☑ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:
   See attached complaint.

Date:  *March 11, 2025*                                      _____
                                                              *Issuing officer's signature*

City and state:    BROWNSVILLE, TEXAS                       Honorable Ignacio Torteya III U.S. Magistrate Judge
                                                              *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____              _____ *Arresting officer's signature* |
|              _____ *Printed name and title* |

AO91 (Rev. 12/03) Criminal Complaint | AUSA | United States Courts

# UNITED STATES DISTRICT COURT

Southern District of Texas
FILED

*March 11, 2025*

Southern District Of Texas Brownsville Division

Nathan Ochsner, Clerk of Court

**UNITED STATES OF AMERICA**

**vs.**

Wilson Jose MEJIAS-Mejias
A249 153 992 Venezuela

**CRIMINAL COMPLAINT**

Case Number: 1:25-po-533

I, the undersigned complainant state that the following is true and correct to the best of my

knowledge and belief. On or about ___November 24, 2023___ in ___Cameron___ County, in

the ___Southern District Of Texas___ defendant(s)

being then and there an alien, did, willfully, knowingly and unlawfully enter the United States at a time or place other than designated by an Immigration Officer,

in violation of Title ___8___ United States Code, Section(s) ___1325(a)(1)___

I further state that I am a(n) ___Border Patrol Agent___ and that this complaint is based on the

following facts:

The defendant was apprehended in Brownsville, Texas on November 24, 2023. The defendant is a citizen of Venezuela who entered the United States illegally by rafting across the Rio Grande River near Brownsville, Texas on November 24, 2023 thus avoiding immigration inspection. Agents identified themselves as Border Patrol Agents and MEJIAS-Mejias admitted to being illegally in the United States without the proper documentation and a citizen of Venezuela. Subject entered the United States at a place not designated as a port of entry by the Attorney General of the United States and or the Secretary of Homeland Security, the successor, thus he was not admitted, inspected, or paroled into the United States by a U.S. Immigration Official. MEJIAS-Mejias, Wilson Jose was processed for Notice to Appear (NTA) and subsequently released from Border Patrol custody. Border Patrol Agents through further investigation, determined that MEJIAS-Mejias, Wilson Jose is a member of the Foreign Terrorist Organization Group Tren de Aragua Gang.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Signature of Complainant

Latinville, Matthew    Border Patrol Agent
Printed Name of Complainant

Submitted by reliable electronic means, sworn to, signature attested
telephonically per Fed.R.Crim.P.4.1, on

**March 11, 2025**
Date

at | Brownsville, Texas
City/State

Ignacio Torteya III | U.S. Magistrate Judge
Name of Judge | Title of Judge

Signature of Judge